**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Andrew Patterson v. Transcontinental Insurance Company

Appellate case number:   01-15-00464-CV

Trial court case number:  2013-01531

Trial court:                   129th District Court of Harris County

      Patterson moved for en banc reconsideration after the filing deadline, and after our plenary power over his case expired.  *See* TEX. R. APP. P. 19.1, 49.7.  We therefore order that his motion be **dismissed** for want of jurisdiction.

      It is so ORDERED.

Judge's signature: /s/ Jane Bland
         ☐ Acting individually      ☒ Acting for the Court

Panel consists of Justices Bland, Brown, and Lloyd.

Date:  July 28, 2016